```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09403
   LLOYD S JARRETT
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-5340


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 05/23/07 and confirmed on 10/24/07.

     2.   The case was dismissed after confirmation, 10/10/2008.

     3.   The Debtor paid a total of $   4510.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 1957.75 | .00 | 1957.75 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 5831.41 | .00 | 479.83 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GREATER CHICAGO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| STEWART & CAPRIO LAW OFF | UNSECURED | 2224.02 | .00 | 183.00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NORWEST FINANCIAL RECOVE | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 125.00 | .00 | 10.28 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| WF FIN BANK | UNSECURED | NOT FILED | .00 | .00 |
| WINDHAM PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| VONZELLA DRAPER JARRETT | CHILD SUPPORT | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECMC | UNSECURED | 19982.41 | .00 | 1644.21 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1957.75 | .00 | 28162.84 | .00 | 30120.59 |
| PRINCIPAL PAID | 1957.75 | .00 | 2317.32 | .00 | 4275.07 |

```
INTEREST PAID                     .00          .00         .00            .00         .00
TOTAL PAID                    1957.75          .00     2317.32            .00     4275.07
```

The Debtor's attorney, EDWARD J VARGA                    , was allowed $          .00
and was paid $          .00 .

The Trustee received $     234.93 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/20/09                        /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE